THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JEROME J. PATELUNAS,                :
                                    :
        Plaintiff,                  :
                                    :
    v.                              :   3:24-CV-2190
                                    :   (JUDGE MARIANI)
LAFLIN BORO, et al.,                :
                                    :
        Defendants.                 :

## ORDER

AND NOW, THIS _26th_ DAY OF AUGUST, 2025, upon review of Magistrate Judge Leo Latella's Report and Recommendation ("R&R") (Doc. 26) for clear error or manifest injustice, **IT IS HEREBY ORDERED THAT:**

1. The R&R (Doc. 26) is **ADOPTED** for the reasons set forth therein.

2. Plaintiff's Complaint (Doc. 1) is **DISMISSED WITHOUT PREJUDICE**.

3. Plaintiff may file an Amended Complaint within **21 days** of the date of this Order. Failure to file an Amended Complaint will result in the dismissal of the above-captioned action.

4. The Court having dismissed Plaintiff's Complaint, Plaintiff's "Motion for Emergency Expedited Injunctive Relief" (Doc. 14) is **DISMISSED AS MOOT**.

5. The Court having dismissed Plaintiff's Complaint, Plaintiff's "Motion for Emergency Expedited Injunctive Relief" (Doc. 15) is **DISMISSED AS MOOT**.

6. The Court having dismissed Plaintiff's Complaint, Plaintiff's motion (Doc. 16) requesting "immediate relief as stated in the Complaint" (*id.* at 4) is **DISMISSED AS MOOT**.

7. Plaintiff's "Proposed Order" (Doc. 20), filed as a motion but consisting of proposed orders granting Plaintiff the relief sought in his Complaint and motions for injunctive relief, is **DISMISSED** as it does not consist of a proper motion.

8. Judge Latella's R&R, dated June 23, 2025, (Doc. 24) is **DISMISSED AS MOOT**.

_____
Robert D. Mariani
United States District Judge