THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEROME J. PATELUNAS, | : |
| Plaintiff, | : |
| v. | : 3:24-CV-2190 |
| | : (JUDGE MARIANI) |
| LAFLIN BORO, et al., | : |
| Defendants. | : |

## ORDER

AND NOW, THIS 26th DAY OF SEPTEMBER, 2025, for the reasons set forth in the Court's accompanying memorandum opinion, **IT IS HEREBY ORDERED THAT** the above-captioned action is **DISMISSED without prejudice**. The Clerk of Court is directed to **CLOSE** this action.

Robert D. Mariani
United States District Judge